# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.    Cr. No.: H-22-0553

**JAYLON BOSTON**

## ORDER

The Court has considered Jaylon Boston's Unopposed Motion for Discovery. It is ORDERED that the government shall provide to Mr. Boston:

A. Any oral, written, or recorded statement made by the defendant to a government agent, if the government intends to use that statement at trial.

B. All books, papers, documents, data, photographs, tangible objects, buildings, places, or copies or portions of those items now in the government's possession, custody, or control that are material to the defense, which it intends to use in its case-in-chief at trial, or which was obtained from or belongs to the defendant.

C. the results or reports of any physical or mental examination and of any scientific test or experiment if: **(i)** the item is within the government's possession, custody, or control; **(ii)** the attorney for the government knows--or through due

5

diligence could know--that the item exists; and **(iii)** the item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial.

D. Written disclosure (iii) for any testimony that the government intends to use at trial under Federal Rule of Evidence 702, 703, or 705 during its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under (b)(1)(C). The disclosure for each expert witness must contain:

1. a complete statement of all opinions that the government will elicit from the witness in its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under (b)(1)(C);

2. the bases and reasons for them;

3. the witness's qualifications, including a list of all publications authored in the previous 10 years; and

4. a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition.

E. Any and all evidence intended to be used as Federal Rules of Evidence 404(b) in the government's case in chief.

F. All exculpatory and mitigating material including all arrest records of all witnesses intended to be called in the government's case in chief, this request also

includes what charges were dismissed or avoided as a result of any and all cooperation agreements.

G. All Jenks Act materials, pursuant to 18 U.S.C. § 3500.

SIGNED at Houston, Texas, on _13 January_ 2023.

_____
UNITED STATES DISTRICT JUDGE