# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | **No. H-22-553** |
| **v.** | § | |
| | § | |
| **JAYLON BOSTON,** | § | |
| | § | |
| **Defendant.** | § | |

## GOVERNMENT'S NOTICE NOT TO SEEK THE DEATH PENALTY

The United States hereby notifies the Court and the parties that it has elected not to seek the punishment of death against defendant, Jaylon Boston, for the capital crimes charged in the Indictment, filed November 2, 2022  (ECF No. 10).

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: /s/__Jill Jenkins Stotts_____
JILL JENKINS STOTTS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been furnished to all attorneys of record for Defendant, JAYLON BOSTON, via electronic transmission on this the 27th day of June, 2024.

*/S/   Jill Jenkins Stotts*
JILL JENKINS STOTTS
Assistant United States Attorney