# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                           Cr. No. H-22-0553

JAYLON BOSTON

## UNOPPOSED MOTION TO CONTINUE

Defendant, Jaylon Boston, moves this Court for a 90-day continuance of all dates, and he respectfully shows as follows:

Mr. Boston is charged with carjacking, in violation of 18 U.S.C. § 2119, and discharging of a firearm during and in relation to a crime of violence, resulting in death, in violation of 18 U.S.C. § 924(j)(1). The jury trial is set for February 23, 2026.

The government and defense counsel are in active plea negotiations in an attempt to include Mr. Boston's Harris County charges are part of a "global plea" agreement. Additional time is needed for these plea negotiations.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this motion to continue.

        Respectfully submitted,

        PHILIP G. GALLAGHER
        Federal Public Defender
        Southern District of Texas No. 566458
        New Jersey State Bar No. 2320341

        By /s/ Amr A. Ahmed
        AMR A. AHMED
        Assistant Federal Public Defender
        Southern District of Texas No. 3088803
        State Bar of Texas No. 24146376
        440 Louisiana, Suite 1350
        Houston, TX 77002-1056
        Telephone:  713.718.4600
        Fax:           713.718.4610

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with Assistant United States Attorney Jill Stotts, and determined that the United States is unopposed to this motion to continue.

        By /s/ Amr A. Ahmed
        AMR A. AHMED

## **CERTIFICATE OF SERVICE**

I certify that on February 18, 2026, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney Jill Stotts.

        By /s/ Amr A. Ahmed
        AMR A. AHMED